**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 6 2018

CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No. CR 15-4268 JB

DELEON, et al.,

    Defendants.

## RECEIPT FOR RETURN OF TRIAL EXHIBITS

Exhibits returned to the United States and Defendants from trial April 9, 2018 – May 25, 2018 see attached Exhibit list/JERS printout.

RECEIVED BY:                                    RECEIVED BY:

_[signature: Ray Castellano]_                   _[signature: Cori Harbour-Valdez]_

Maria Armijo                                    Cori Harbour-Valdez
Randy Castellano                                Coordinating counsel for defendants
Matthew Beck

Dated: 6-1-18                                   Dated: 5/31/18

_[signature: Carol A. Bevel for J. Standridge]_
Law clerk/Courtroom Deputy

Dated: 6/6/18

**By signing this document, counsel indicates his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

U.S. District Court, District of New Mexico - Version 6.2.1
Exhibits Log for: CR15-4268JB
USA v. DeLeon, et al Trial 2, 4/9/2018

| Exhibit | Rls | Description |
|---|---|---|
| Gov-1 | Yes | Video of victim R.G.s Crime Scene |
| Gov-2 | Yes | White washcloth with suspected blood found in cell 2211, Allen Pattersons cell |
| Gov-3 | Yes | White bunk sheet with apparent blood stains from victim R.G.s cell |
| Gov-4 | Yes | Bed sheet from floor with apparent blood stain from victim R.G.s cell |
| Gov-5 | Yes | Pillow case from bunk with apparent blood stain from victim R.G.s cell |
| Gov-6 | Yes | Shoe impression from sheet bunk from victim R.G.s cell |
| Gov-7 | Yes | Pair of white Nike shoes with shoe laces from victim R.G.s cell |
| Gov-9 | Yes | Underpants, shorts and socks taken off victim R.G.s body |
| Gov-10 | Yes | Pair of green pants and belt taken off victim R.G.s body |
| Gov-11 | Yes | Photo of overview of housing unit O-1 at SNMCF |
| Gov-12 | Yes | Photo of overview of cell location for R.G. homicide |
| Gov-13 | Yes | Photo of overview of cell location for R.G. homicide |
| Gov-14 | Yes | Photo of seal on cell door |
| Gov-15 | Yes | Photo of overview of cell and victim R.G. from cell window |
| Gov-16 | Yes | Photo of overview of cell and victim R.G. from cell window |
| Gov-17 | Yes | Photo of overview of cell from cell window |
| Gov-18 | Yes | Photo of victim R.G.s lower legs |
| Gov-19 | Yes | Photo of victim R.G. |
| Gov-20 | Yes | Photo of overview of victim R.G.s desk |
| Gov-21 | Yes | Photo of victim R.G.s bedding on cell floor |
| Gov-22 | Yes | Photo of victim R.G.s shoes and articles under the desk |
| Gov-23 | Yes | Photo of overview of cell and victim R.G. |
| Gov-24 | Yes | Photo of pod facing outwards from victim R.G.s cell |
| Gov-24-A | Yes | Photo of pod facing outwards from victim R.G.s cell - Not Redacted |
| Gov-25 | Yes | Photo of victim R.G.s desk |
| Gov-25-A | Yes | Photo of victim R.G.s desk - Not Redacted |
| Gov-26 | Yes | Photo of blood stain located on victim R.G.s bed |
| Gov-27 | Yes | Close-up photo of victim R.G.s left hand |
| Gov-28 | Yes | Photo of tattoos on victim R.G.s back |
| Gov-29 | Yes | Photo of victim R.G.s tattoos on his back |
| Gov-30 | Yes | Photo of blood on victim R.G.s bed marked as A |
| Gov-31 | Yes | Photo of blood stain on victim R.G.s sheet marked as B |
| Gov-32 | Yes | Photo of victim R.G. and blood stain on victim R.G.s bed |
| Gov-33 | Yes | Photo of victim R.G. and blood stains on victim R.G.s bed and pillow |
| Gov-34 | Yes | Photo of ligature impression on victim R.G.s neck |
| Gov-35 | Yes | Close-up photo of ligature impression and marks on victim R.G.s neck |
| Gov-36 | Yes | Photo of shoe imprint marked as E and blood stains marked as D on victim R.G.s bed |
| Gov-37 | Yes | Photo of victim R.G.s shoes and shoe laces marked as F |
| Gov-38 | Yes | Photo of shoe imprint with shoe taken from under victim R.G.s desk |
| Gov-47 | Yes | Photo toilet paper roll with shoelace string inside it |

| | | |
|---|---|---|
| Gov-48 | Yes | Photo of toilet paper roll and shoelace string |
| Gov-49 | Yes | Photo of shoelace string with knots on each end |
| Gov-50 | Yes | Photo of wash hand towel |
| Gov-51 | Yes | Photo of laundry bag with writing (Leroy Lucero) |
| Gov-52 | Yes | OMI Photo of New Mexico State Police sheet regarding victim R.G.s autopsy |
| Gov-53 | Yes | OMI Photo of victim R.G.s torso |
| Gov-54 | Yes | OMI Photo of victim R.G.s head |
| Gov-55 | Yes | OMI Photo of the inside of victim R.G.s lips |
| Gov-56 | Yes | OMI Photo victim R.G.s legs |
| Gov-57 | Yes | OMI Photo of victim R.G.s right elbow |
| Gov-58 | Yes | OMI Photo of victim R.G.s left hand |
| Gov-59 | Yes | OMI close-up photo of victim R.G.s neck |
| Gov-60 | Yes | OMI photo of incision on right elbow of victim R.G |
| Gov-61 | Yes | OMI photo wounds on victim R.G.s neck |
| Gov-62 | Yes | OMI photo of abrasions on victim R.G.s neck |
| Gov-63 | Yes | OMI photo of abrasions on victim R.G.s neck |
| Gov-64 | Yes | OMI photo of victim R.G.s back |
| Gov-65 | Yes | OMI Photo of victim R.G.s legs |
| Gov-66 | Yes | OMI photo of victim R.G.s hand |
| Gov-67 | Yes | OMI photo of the back of victim R.G.s neck |
| Gov-68 | Yes | OMI Diagram of Injuries for victim R.G. |
| Gov-69 | Yes | OMI Report of Findings for victim R.G. |
| Gov-70 | Yes | OMI Report of Death for victim R.G. |
| Gov-71 | Yes | OMI Autopsy Report for victim R.G. |
| Gov-72 | Yes | Curriculum Vitae for Dr. Ross Zumwalt |
| Gov-73 | Yes | Diagram of Housing Unit O1, Yellow Pod, cell 1118 |
| Gov-74 | Yes | Diagram of Housing Unit O1, Yellow Pod, cell 1118 |
| Gov-75 | Yes | Diagram of O-One Unit |
| Gov-78 | Yes | Photo of victim R.G. |
| Gov-83 | Yes | Offender Location History for Billy Garcia |
| Gov-84 | Yes | Photo of Billy Garcia |
| Gov-87 | Yes | Offender Location History for Allen Patterson |
| Gov-88 | Yes | Photo of Allen Patterson |
| Gov-89 | Yes | Photo of Allen Patterson |
| Gov-92 | Yes | Offender Location History for Christopher Chavez |
| Gov-93 | Yes | Photo of Christopher Chavez |
| Gov-94 | Yes | Photo of Christopher Chavez |
| Gov-95 | Yes | Penitentiary Pack for Leonard Lujan |
| Gov-97 | Yes | Offender Location History for Leonard Lujan |
| Gov-98 | Yes | Plea Agreement for Leonard Lujan |
| Gov-99 | Yes | Addendum to Plea Agreement for Leonard Lujan |
| Gov-101 | Yes | Photo of Leonard Lujan |
| Gov-102 | Yes | Penitentiary Pack for Eugene Martinez |
| Gov-104 | Yes | Offender Location History for Eugene Martinez |
| Gov-105 | Yes | Plea Agreement for Eugene Martinez |

| | | |
|---|---|---|
| Gov-106 | Yes | Addendum to Plea Agreement for Eugene Martinez |
| Gov-109 | Yes | Photo of Eugene Martinez |
| Gov-110 | Yes | Photo of Eugene Martinez |
| Gov-111 | Yes | Penitentiary Pack for Leroy Lucero |
| Gov-111-A | Yes | Federal judgment and amended judgment, case 06-2083 |
| Gov-113 | Yes | Offender Location History for Leroy Lucero |
| Gov-114 | Yes | Victim F.C.s crime scene video |
| Gov-115 | Yes | Torn letter found in trash receptacle in victim F.C.s cell |
| Gov-116 | Yes | Mattress sheet with blood from victim F.C.s cell |
| Gov-117 | Yes | Sheet with blood from victim F.C.s cell |
| Gov-118 | Yes | Physical Exhibit |
| Gov-119 | Yes | White cord and cotton sweat cap with a red stain |
| Gov-120 | Yes | Fishnet laundry bag with clothing article inside it |
| Gov-121 | Yes | Underpants, grey shorts and socks taken off of victim F.C.s body |
| Gov-122 | Yes | Photo of the New Mexico State Police Criminal Investigation Sheet for victim F.C. Homicide |
| Gov-123 | Yes | Photo of the outside of P-1 at Southern New Mexico Correctional Facility |
| Gov-124 | Yes | Photo of the F.C. Crime Scene (Pod Tiers) |
| Gov-125 | Yes | Photo of the F.C. Crime Scene (Stairs) |
| Gov-126 | Yes | Photo of the F.C. Crime Scene (Pod Door 2204 sealed) |
| Gov-127 | Yes | Photo of victim F.C. |
| Gov-128 | Yes | Photo of item found in F.C.s trash receptacle |
| Gov-129 | Yes | Photo of item found in F.C.s trash receptacle marked as item A |
| Gov-130 | Yes | Photo of victim F.C. |
| Gov-131 | Yes | Photo of victim F.C.s knees |
| Gov-132 | Yes | Photo of victim F.C.s knees |
| Gov-133 | Yes | Photo of victim F.C. |
| Gov-134 | Yes | Close-up photo of victim F.C. |
| Gov-135 | Yes | Photo of blood on victim F.C.s sheet and blanket |
| Gov-136 | Yes | Photo of victim F.C.s cell |
| Gov-137 | Yes | Photo of victim F.C.s cell |
| Gov-138 | Yes | Photo of victim F.C. |
| Gov-139 | Yes | Photo of victim F.C. |
| Gov-140 | Yes | Photo of victim F.C. |
| Gov-141 | Yes | Items found on victim F.C.s desk in his cell |
| Gov-142 | Yes | Close-up photo of victim F.C. |
| Gov-143 | Yes | Photo of the Control Center in the Pod |
| Gov-144 | Yes | Close-up photo of paper found in F.C.s trash receptacle |
| Gov-145 | Yes | Photo of victim F.C. |
| Gov-146 | Yes | Photo of victim F.C. |
| Gov-147 | Yes | Photo of NMSP Sheet regarding autopsy of victim F.C. |
| Gov-148 | Yes | OMI photo of victim F. C.s head and torso with ligature and mesh bag |
| Gov-149 | Yes | OMI photo of victim F.C.s legs |
| Gov-150 | Yes | OMI photo of victim F.C.s back of head and neck with ligature and mesh bag |
| Gov-151 | Yes | OMI photo of victim F.C.s back of head and neck with ligature and mesh bag |
| Gov-152 | Yes | OMI photo of victim F.C.s blood stained mesh bag |

| | | |
|---|---|---|
| Gov-153 | Yes | OMI photo of pathologist cutting ligature off of victim F.C. |
| Gov-154 | Yes | OMI photo of ligature and attached blood stained gray clothe |
| Gov-155 | Yes | OMI close-up photo of ligature and attached blood stained gray clothe |
| Gov-156 | Yes | OMI close-up photo of ligature and attached blood stained gray clothe |
| Gov-157 | Yes | OMI photo of victim F.C. head and neck |
| Gov-158 | Yes | OMI close-up photo of victim F.C.s neck |
| Gov-159 | Yes | OMI photo of back of victim F.C.s head and neck |
| Gov-160 | Yes | OMI close-up photo of back of victim F.C.s head and neck |
| Gov-161 | Yes | OMI close-up photo of victim F.C.s inside of lip |
| Gov-162 | Yes | OMI photo of victim F.C.s left leg |
| Gov-163 | Yes | OMI photo of victim F.C.s left foot |
| Gov-164 | Yes | OMI photo of victim F.C.s right forearm |
| Gov-165 | Yes | OMI photo of victim F.C.s right knee |
| Gov-166 | Yes | OMI Diagram of Injuries for victim F.C. |
| Gov-170 | Yes | Diagram of P1 Green Pod F.C. homicide |
| Gov-171 | Yes | Diagram of P-One Unit |
| Gov-174 | Yes | Photo of victim F.C. |
| Gov-177 | Yes | Offender Location History for victim F.C. |
| Gov-180 | Yes | Offender Location History for Joe Gallegos |
| Gov-181 | Yes | Photo of Joe Lawrence Gallegos |
| Gov-184 | Yes | Offender Location History for Edward Troup |
| Gov-185 | Yes | Photo of Edward Troup |
| Gov-186 | Yes | Photo of Edward Troup |
| Gov-187 | Yes | Photo of Edward Troup |
| Gov-188 | Yes | Photo of Edward Troup |
| Gov-189 | Yes | Photo of Edward Troup |
| Gov-190 | Yes | Photo of Edward Troup |
| Gov-191 | Yes | Photo of Edward Troup |
| Gov-192 | Yes | Pillow case with padding containing blood taken from cell 113, victim F.S.s cell |
| Gov-193 | Yes | PHYSICAL EXHIBIT |
| Gov-194 | Yes | Top sheet from bed containing red stain taken from cell 113, victim F.S.s cell |
| Gov-195 | Yes | Cloth ligatures taken from trash in cell 112 |
| Gov-196 | Yes | White boxer shorts with red stain taken from cell 114 |
| Gov-197 | Yes | Sweat pants taken from victim F.S.s body |
| Gov-198 | Yes | Underpants taken from victim F.S.s body |
| Gov-199 | Yes | Photo of victim F.S. |
| Gov-200 | Yes | Photo of cell 113 and victim F.S. |
| Gov-201 | Yes | Photo of victim F.S. |
| Gov-202 | Yes | NMSP Sheet re vicitim F.S. homicide |
| Gov-203 | Yes | Photo of victim F.S.s cell |
| Gov-207 | Yes | Photo of victim F.S.s cell |
| Gov-208 | Yes | Photo of victim F.S.s personal items on his desk |
| Gov-209 | Yes | Photo of victim F.S.s personal items on his desk |
| Gov-211 | Yes | Photo of blood drops on floor of vicitm F.S.s cell |
| Gov-212 | Yes | Photo of victim F.S. |

| Gov-214 | Yes | Photo of victim F.S. |
|---|---|---|
| Gov-215 | Yes | Photo of victim F.S.s shoes under his bunk |
| Gov-216 | Yes | Photo of blood stain on victim F.S.s bunk frame |
| Gov-217 | Yes | Photo of blood drops on floor of victim F.S.s cell |
| Gov-218 | Yes | Photo of victim F.S.s personal items on his desk |
| Gov-219 | Yes | Photo of victim F.S.s personal items on his desk |
| Gov-221 | Yes | Photo of victim F.S.s personal items on his desk |
| Gov-222 | Yes | Photo of victim F.S.s legs and shoes |
| Gov-224 | Yes | Photo of red stains on victim F.S.s cell floor |
| Gov-225 | Yes | Photo of victim F.S.s personal belongings |
| Gov-227 | Yes | Close-up photo of wound on victim F.S.s neck |
| Gov-228 | Yes | Photo of victim F.S. and blood stains on his bed |
| Gov-229 | Yes | Close-up photo of wounds on victim F.S.s neck |
| Gov-230 | Yes | Photo of victim F.S. and blood stains on his bed |
| Gov-231 | Yes | Close-up photo of wounds on victim F.S.s neck |
| Gov-232 | Yes | Photo of victim F.S.s bed with markers |
| Gov-233 | Yes | Photo of victim F.S.s shoes with marker |
| Gov-234 | Yes | Photo of victim F.S.s shoes with markers |
| Gov-235 | Yes | Close-up photo of blood stain on victim F.S. bed frame |
| Gov-236 | Yes | Photo of trash bag filled with trash and marker |
| Gov-237 | Yes | Photo of cell 114 |
| Gov-238 | Yes | Photo of underpants with red stains taken from cell 114 |
| Gov-239 | Yes | Photo of underpants with red stains taken from cell 114 |
| Gov-240 | Yes | Photo of cell 116 |
| Gov-241 | Yes | Photo of underpants with red stains and marker |
| Gov-242 | Yes | Photo of towel with red stain taken from cell 116 |
| Gov-243 | Yes | Photo of black glove with marker taken from cell 116 |
| Gov-244 | Yes | Photo of tennis shoes with marker from cell 116 |
| Gov-245 | Yes | Photo of boots with marker from cell 114 |
| Gov-246 | Yes | Photo of sheet from cell 116 |
| Gov-247 | Yes | Photo of tiers in Pod 1A-B |
| Gov-248 | Yes | Photo of Pod 1A-B |
| Gov-249 | Yes | Photo of Pod 1A-B |
| Gov-250 | Yes | Photo of Rascon |
| Gov-251 | Yes | Photo of Javier Alonso |
| Gov-252 | Yes | Photo of Javier Alonsos hands |
| Gov-253 | Yes | Photo of Javier Alonsos palms |
| Gov-254 | Yes | Photo of victim F.S.s eye |
| Gov-257 | Yes | Photo of victim F.S. |
| Gov-258 | Yes | Photo of victim F.S. |
| Gov-260 | Yes | Photo of victim F.S. |
| Gov-261 | Yes | Photo of vicitm F.S. |
| Gov-262 | Yes | Photo of victim F.S.s eye |
| Gov-264 | Yes | Photo of victim F.S. and blood stains on bed |
| Gov-266 | Yes | Photo of victim F.S.s OMI tag |

| | | |
|---|---|---|
| Gov-267 | Yes | OMI photo of victim F.S. |
| Gov-268 | Yes | OMI Photo of victim F.S.s torso |
| Gov-269 | Yes | OMI Photo of victim F.S.s midsection |
| Gov-270 | Yes | OMI photo of victim F.S.s legs |
| Gov-271 | Yes | OMI photo of victim F.S.s feet |
| Gov-272 | Yes | OMI Photo of victim F.S.s neck wounds |
| Gov-273 | Yes | OMI photo of victim F.S.s neck wounds |
| Gov-274 | Yes | OMI photo of right side showing victim F.S.s neck wounds |
| Gov-275 | Yes | OMI photo of left side showing victim F.S.s neck wounds |
| Gov-276 | Yes | OMI photo of right side showing victim F.S.s neck wounds |
| Gov-277 | Yes | OMI Diagram of Injuries for victim F.S. |
| Gov-281 | Yes | Diagram of Housing Unit 1-A |
| Gov-281-A | Yes | Diagram of Housing Unit 1-A, annotated by Ruben Hernandez |
| Gov-284 | Yes | Photo of victim F.S. |
| Gov-287 | Yes | Offender Location History for victim F.S. |
| Gov-290 | Yes | Offender Location History for Arturo Garcia |
| Gov-291 | Yes | Penitentiary Pack for Benjamin Clark |
| Gov-293 | Yes | Offender Location History for Benjamin Clark |
| Gov-294 | Yes | Plea Agreement for Benjamin Clark |
| Gov-295 | Yes | Addendum to Plea Agreement for Benjamin Clark |
| Gov-297 | Yes | Photo of Benjamin Clark |
| Gov-298 | Yes | Photo of Benjamin Clark |
| Gov-299 | Yes | Photo of Benjamin Clark |
| Gov-300 | Yes | Penitentiary Pack for Javier Alonso |
| Gov-302 | Yes | Offender Location History for Javier Alonso |
| Gov-303 | Yes | Plea Agreement for Javier Alonso |
| Gov-304 | Yes | Addendum to Plea Agreement for Javier Alonso |
| Gov-305 | Yes | Photo of Javier Alonso |
| Gov-306 | Yes | Photo of Javier Alonso |
| Gov-310 | Yes | Photo of Javier Alonso |
| Gov-311 | Yes | Photo of Javier Alonso |
| Gov-312 | Yes | Photo of Javier Alonso |
| Gov-313 | Yes | Penitentiary Pack for Ruben Hernandez |
| Gov-315 | Yes | Offender Location History for Ruben Hernandez |
| Gov-316 | Yes | Plea Agreement for Ruben Hernandez |
| Gov-317 | Yes | Addendum to Plea Agreement for Ruben Hernandez |
| Gov-319 | Yes | Photo of Ruben Hernandez |
| Gov-320 | Yes | Photo of Ruben Hernandez |
| Gov-321 | Yes | Photo of Ruben Hernandez |
| Gov-322 | Yes | Photo of Ruben Hernandez |
| Gov-325 | Yes | Offender Location History for Brian Rascon |
| Gov-326 | Yes | Penitentiary Pack for Raymond Rascon |
| Gov-328 | Yes | Offender Location History for Raymond Rascon |
| Gov-329 | Yes | Aerial crime scene video taken on November 13, 2012 by New Mexico State Police |
| Gov-330 | Yes | Plastic Allsups bag used to cover victim A.B.s head |

| Gov-331 | Yes | Allsups #165 receipt dated November 12, 2012 |
|---|---|---|
| Gov-338 | Yes | GIANT Computer printout of fuel purchase by Andrew Gallegos 2 |
| Gov-339 | Yes | Letters written by Joe Gallegos and miscellaneous documents |
| Gov-340 | Yes | PHYSICAL EXHIBIT |
| Gov-341 | Yes | Box of cartridges and casings of different calibers taken from Joe Gallegos property |
| Gov-343 | Yes | Charred black plaid jacket found in Joe Gallegos van |
| Gov-344 | Yes | Letters to Andrew Gallegos, a.k.a. Smiley and documents found in the Imperial Inn motel room |
| Gov-346 | Yes | One (1) cellphone retrieved from Imperial Inn motel room |
| Gov-347 | Yes | Three (3) cellphones retrieved from Imperial Inn motel room |
| Gov-348 | Yes | PHYSICAL EXHIBIT |
| Gov-349 | Yes | PHYSICAL EXHIBITS |
| Gov-350 | Yes | Partially burned denim fabric |
| Gov-351 | Yes | Charred camouflage jacket |
| Gov-353 | Yes | Two (2) grey tank tops with burns on them |
| Gov-354 | Yes | Burnt handcuffs removed from victim A.B. |
| Gov-355 | Yes | Handcuffs and case recovered from White Pickup (NM 229RLC) |
| Gov-356 | Yes | One (1) gun holster |
| Gov-358 | Yes | Photo of the burnt car and victim A.B.s burnt body |
| Gov-359 | Yes | Photo of the burnt car and victim A.Bs burnt body |
| Gov-360 | Yes | Photo of burnt car and victim A.B.s burnt body |
| Gov-362 | Yes | Photo of the trunk of the burnt car |
| Gov-363 | Yes | Photo of the burnt car |
| Gov-364 | Yes | Photo of the interior of the burnt car |
| Gov-367 | Yes | Photo of a Dr Pepper can marked as 2 |
| Gov-372 | Yes | Photo of the crime scene |
| Gov-380 | Yes | Photo of Dr Pepper can marked as 8. |
| Gov-382 | Yes | OMI photo of burnt clothing |
| Gov-383 | Yes | OMI Photo of burnt clothing |
| Gov-385 | Yes | OMI photo of victim A.B.s burnt body and clothing |
| Gov-390 | Yes | OMI photo of a bullet hole near victim A.B.s ear |
| Gov-391 | Yes | OMI photo of bullet hole near victim A.B.s ear |
| Gov-392 | Yes | OMI photo of a gash on victim A.B.s brow |
| Gov-393 | Yes | OMI photo of a gash on victim A.B.s brow and forehead |
| Gov-397 | Yes | OMI photo of fragments of victim A.B.s belt |
| Gov-398 | Yes | OMI photo of victim A.B.s burnt clothing |
| Gov-404 | Yes | Photo of the crime scene |
| Gov-406 | Yes | Photo of the crime scene with markers |
| Gov-407 | Yes | Photo of the burnt car |
| Gov-408 | Yes | Photo of the burnt car |
| Gov-409 | Yes | Photo of the burnt car |
| Gov-412 | Yes | Photo of victim A.B.s burnt body |
| Gov-413 | Yes | Photo of victim A.B.s burnt body |
| Gov-415 | Yes | Photo of victim A.B.s burnt hands handcuffed behind his back |
| Gov-420 | Yes | Close-up photo of the charred portion of the jacket |

| | | |
|---|---|---|
| Gov-421 | Yes | Photo of suspects residence |
| Gov-423 | Yes | Photo of vehicle on suspects property |
| Gov-427 | Yes | Photo of suspects residence |
| Gov-428 | Yes | Photos of vehicles in front of suspects residence |
| Gov-431 | Yes | Photo of suspects residence |
| Gov-432 | Yes | Photo of inside of suspects residence |
| Gov-433 | Yes | Photo of inside of suspects residence |
| Gov-434 | Yes | Photo of inside of suspects residence |
| Gov-435 | Yes | Photo of box of cartridges of different calibers inside suspects residence marked as 1 |
| Gov-436 | Yes | Photo of glass bottle and cellphone inside suspects residence marked as 2 and 3 |
| Gov-439 | Yes | Photo of PNM utility bill in Joe Gallegos name marked as 4 |
| Gov-440 | Yes | Photo of cellphone marked as 5 |
| Gov-442 | Yes | Photo of evidence marked as 6 |
| Gov-443 | Yes | Photo of charred camouflage jacket marked as 7 |
| Gov-445 | Yes | Photo of gun cleaning kit marked as 9 |
| Gov-446 | Yes | Photo of evidence marked as 10 |
| Gov-447 | Yes | Photo of gun holster marked as 11 |
| Gov-449 | Yes | Photo of items on back of suspects flatbed truck |
| Gov-454 | Yes | Photo of vehicle drivers door marked as 16 |
| Gov-455 | Yes | Photo of evidence in driver side vehicle door marked as 16 |
| Gov-457 | Yes | Photo of handcuffs and holster marked as 16 |
| Gov-461 | Yes | Photo of white truck seized from suspects property |
| Gov-462 | Yes | Photo of white truck seized from suspects property |
| Gov-463 | Yes | Photo of white truck seized from suspects property |
| Gov-464 | Yes | Photo of white truck seized from suspects property |
| Gov-465 | Yes | Photo of evidence tape on white truck seized from suspects property |
| Gov-466 | Yes | Photo of items in the bed of the white truck seized from suspects property |
| Gov-467 | Yes | Photo of white truck at processing |
| Gov-468 | Yes | Photo of items in the back of the white truck at processing |
| Gov-469 | Yes | Photo of the interior of the white truck at processing |
| Gov-470 | Yes | Photo of interior of white truck at processing |
| Gov-471 | Yes | Photo of evidence in white truck marked as 1 at processing |
| Gov-472 | Yes | Evidence inside white truck marked as 2 at processing |
| Gov-473 | Yes | Evidence inside white truck marked as 2 at processing |
| Gov-474 | Yes | Photo of Allsups receipt marked as 3 at processing |
| Gov-475 | Yes | Photo of gas cans from white truck at processing |
| Gov-476 | Yes | Photo of evidence in white truck at processing |
| Gov-477 | Yes | Photo of evidence in white truck marked as 4 at processing |
| Gov-478 | Yes | Photo of evidence in white truck marked as 5 at processing |
| Gov-479 | Yes | Photo of stained rag found in white truck at processing |
| Gov-480 | Yes | Photo of stain on seat in white truck marked as 7 at processing |
| Gov-481 | Yes | Photo of gas cans in bed of white truck at processing |
| Gov-482 | Yes | Photo of red gas can from white truck at processing |
| Gov-483 | Yes | Photos of items from white truck marked as 8 at processing |
| Gov-484 | Yes | Photo of red gas can marked as 9 |

| | | |
|---|---|---|
| Gov-485 | Yes | Photo of Joe Gallegos van and Angela Gallegos jeep at Imperial Inn parking lot |
| Gov-487 | Yes | Photo of Imperial Inn sign |
| Gov-488 | Yes | Photo of Angela Gallegos car at Imperial Inn parking lot |
| Gov-491 | Yes | Photo of door 239 at Imperial Inn |
| Gov-492 | Yes | Photo of inside of room 239 |
| Gov-493 | Yes | Photo of inside of room 239 |
| Gov-496 | Yes | Photo of ice chest in room 239 |
| Gov-497 | Yes | Photo of items in room 239 |
| Gov-499 | Yes | Photo of inside of room 239 |
| Gov-503 | Yes | Photo Items found in room 239 |
| Gov-504 | Yes | Photo of evidence found in room 239 marked as 4 |
| Gov-511 | Yes | Photo of the inside of Angela Gallegos vehicle |
| Gov-512 | Yes | Photo of inside of room 239 |
| Gov-513 | Yes | Photo of evidence found in Angela Gallegos vehicle marked as 9 |
| Gov-514 | Yes | Photo of evidence in Angela Gallegos vehicle marked as 10 |
| Gov-521 | Yes | Photo of a mens grey tank top |
| Gov-522 | Yes | Photo of Joe Gallegos van at processing |
| Gov-525 | Yes | Photo of evidence found in Joe Gallegos van marked as 13 |
| Gov-526 | Yes | Photo of athletic pants taken from Joe Gallegos van |
| Gov-527 | Yes | Photo of charred black plaid jacket taken from Joe Gallegos van |
| Gov-530 | Yes | Photo of U.S. 60, mile marker 167.5 |
| Gov-531 | Yes | Photo of U.S. 60, mile marker 167.5 and river |
| Gov-540 | Yes | Offender Location History for Andrew Gallegos |
| Gov-541 | Yes | Photo of Andrew Gallegos |
| Gov-542 | Yes | Photo of Andrew Gallegos |
| Gov-543 | Yes | Photo of Branden Chavezs Charger |
| Gov-544 | Yes | Photo of Branden Chavezs Charger |
| Gov-545 | Yes | Photo of Branden Chavezs Charger |
| Gov-546 | Yes | Photo of the inside of Branden Chavezs Charger |
| Gov-547 | Yes | Photo of the inside of Branden Chavezs Charger |
| Gov-548 | Yes | Photo of the backseat of Branden Chavezs Charger |
| Gov-549 | Yes | Photo of the inside of Branden Chavezs Charger |
| Gov-550 | Yes | Photo of residence where the assault took place on victim J.G. |
| Gov-551 | Yes | Photo of residence where assault took place on victim J.G. |
| Gov-552 | Yes | Photo of residence where assault took place on victim J.G. |
| Gov-553 | Yes | Photo of inside of residence where assault took place on victim J.G. |
| Gov-554 | Yes | Photo of blood stains from assault on victim J.G. |
| Gov-555 | Yes | Close-up photo of blood stains from assault on victim J.G. |
| Gov-556 | Yes | Close-up photo of blood from assault on victim J.G. |
| Gov-557 | Yes | Photo of blood stain from assault on victim J.G. marked as 1 |
| Gov-558 | Yes | Photo of blood from assault on victim J.G. marked as 2 |
| Gov-559 | Yes | Photo of blood from assault on victim J.G. marked as 2 |
| Gov-560 | Yes | Photo of blood from assault on victim J.G. |
| Gov-561 | Yes | Photo of the room where the assault on victim J.G. took place |
| Gov-562 | Yes | Photo of suspects residence |

| | | |
|---|---|---|
| Gov-563 | Yes | Photo of victim J.G. |
| Gov-564 | Yes | Photo of victim J.G. |
| Gov-565 | Yes | Photo of victim J.G. |
| Gov-566 | Yes | Photo of victim J.G. |
| Gov-567 | Yes | Photo of victim J.G.s head wound |
| Gov-568 | Yes | Photo of injuries to victim J.G.s hand |
| Gov-569 | Yes | Photo of residence where assault on victim J.G. occurred |
| Gov-577 | Yes | Penitentiary Pack for Paul Rivera |
| Gov-579 | Yes | Offender Location History for Paul Rivera |
| Gov-580 | Yes | Plea Agreement for Paul Rivera |
| Gov-581 | Yes | Addendum to Plea Agreement for Paul Rivera |
| Gov-583 | Yes | Photo of Vincent Garduno (RICO Discovery) |
| Gov-584 | Yes | Photo of Vincent Garduno (RICO Discovery) |
| Gov-586 | Yes | Letter from Arturo Garcia to Gerald Archuleta dated 07-25-2008 (RICO Discovery) |
| Gov-588 | Yes | Letter from Arturo Garcia to Mario Rodriguez dated 03-31-2010 (RICO Discovery) |
| Gov-589 | Yes | Letter from Arturo Garcia to Mario Rodriguez dated 05-04-2010 (RICO Discovery) |
| Gov-591 | Yes | SNM Group Photo |
| Gov-594 | Yes | SNM Group Photo |
| Gov-595 | Yes | SNM Group Photo |
| Gov-598 | Yes | Offender Location History for Timothy Martinez |
| Gov-604 | Yes | Offender Location History for Jerry Montoya |
| Gov-607 | Yes | Penitentiary Pack for Mario Rodriguez |
| Gov-609 | Yes | Offender Location History for Mario Rodriguez |
| Gov-610 | Yes | Plea Agreement for Mario Rodriguez |
| Gov-613 | Yes | Offender Location History for Mario Montoya |
| Gov-619 | Yes | Offender Location History for Robert Martinez |
| Gov-622 | Yes | Penitentiary Pack for Roy Martinez |
| Gov-624 | Yes | Offender Location History for Roy Martinez |
| Gov-625 | Yes | Plea Agreement for Roy Martinez |
| Gov-626 | Yes | Addendum to plea agreement for Roy Martinez |
| Gov-628 | Yes | Penitentiary Pack for Gerald Archuleta |
| Gov-628-A | Yes | Penitentiary Pack for Gerald Archuleta |
| Gov-630 | Yes | Offender Location History for Gerald Archuleta |
| Gov-631 | Yes | Plea Agreement for Gerald Archuleta |
| Gov-632 | Yes | Addendum to plea agreement for Gerald Archuleta |
| Gov-633 | Yes | Penitentiary Pack for Jacob Armijo |
| Gov-635 | Yes | Offender Location History for Jacob Armijo |
| Gov-636 | Yes | Plea Agreement for Jacob Armijo |
| Gov-637 | Yes | Addendum to plea agreement for Jake Armijo |
| Gov-640 | Yes | Penitentiary Pack for Frederico Munoz |
| Gov-642 | Yes | Offender Location History for Frederico Munoz |
| Gov-643 | Yes | Information for Frederico Munoz |
| Gov-644 | Yes | Plea Agreement for Frederico Munoz |
| Gov-645 | Yes | Addendum to plea agreement for Frederico Munoz |
| Gov-646 | Yes | Offender Location History for Rolando Garza |

| | | |
|---|---|---|
| Gov-647 | Yes | Video of Assault of victim F.S. (Ch03, 04, 05 playing simultaneously) |
| Gov-648 | Yes | Video of Assault of victim F.S. (Video Ch05) |
| Gov-649 | Yes | Aerial photo of Southern New Mexico Correctional Facility |
| Gov-653 | Yes | Photo of Timothy Martinez |
| Gov-656 | Yes | Photo of Timothy Martinez |
| Gov-660 | Yes | Photo of Jerry Montoya |
| Gov-668 | Yes | Photo of Jerry Montoya |
| Gov-670 | Yes | Photo of Mario Rodriguez |
| Gov-671 | Yes | Photo of Mario Rodriguez |
| Gov-680 | Yes | Photo of Robert Martinez |
| Gov-683 | Yes | Photo of Robert Martinez |
| Gov-689 | Yes | Photo of Roy Martinez |
| Gov-692 | Yes | Photo of Roy Martinez |
| Gov-693 | Yes | Photo of Gerald Archuleta |
| Gov-698 | Yes | Photo of Jake Armijo |
| Gov-701 | Yes | Photo of Jake Armijo |
| Gov-704 | Yes | Photo of Jake Armijo |
| Gov-705 | Yes | Photo of Jake Armijo |
| Gov-706 | Yes | Photo of Frederico Munoz |
| Gov-707 | Yes | Photo of Frederico Munoz |
| Gov-708 | Yes | Photo of Frederico Munoz |
| Gov-710 | Yes | Photo of Frederico Munoz |
| Gov-712 | Yes | Photo of Frederico Munoz |
| Gov-713 | Yes | Photo of Frederico Munoz |
| Gov-715 | Yes | Bernalillo County Metropolitan Detention Center housing records for Jacob Armijo |
| Gov-716 | Yes | Bernalillo County Metropolitan Detention Center housing records for Gerald Archuleta |
| Gov-717 | Yes | Bernalillo County Metropolitan Detention Center housing records for Bill Garcia |
| Gov-723 | Yes | Photo of crime scene with markers |
| Gov-728 | Yes | Photo of burnt car |
| Gov-729 | Yes | Photo of burnt debris marked as 1 |
| Gov-733 | Yes | Photo of the inside of suspects residence |
| Gov-738 | Yes | Photo of charred camouflage jacket marked as 7 |
| Gov-743 | Yes | Photo of evidence on the flatbed truck marked as 15 |
| Gov-750 | Yes | Addendum to Plea Agreement for Shauna Gutierrez |
| Gov-754 | Yes | Jail call made by Andrew Gallegos on May 7, 2015 |
| Gov-755 | Yes | Jail call made by Andrew Gallegos on May 8, 2015 |
| Gov-756 | Yes | Jail call made by Andrew Gallegos on May 10, 2015 |
| Gov-757 | Yes | Jail call made by Andrew Gallegos on May 11, 2015 |
| Gov-759 | Yes | Diagram of victim A.B.s crime scene |
| Gov-760 | Yes | Diagram of #4 Erin Court, Los Chavez |
| Gov-766 | Yes | Photo of victim J.R. after the assault on July 13, 2015 |
| Gov-768 | Yes | |
| Gov-775 | Yes | |
| Gov-783 | Yes | Penitentiary Pack for Julian Romero |
| Gov-784-A | Yes | Security Threat Intelligence Unit File, bates 16966, for Julian Romero |

| | | |
|---|---|---|
| Gov-785 | Yes | Offender Location History for Julian Romero |
| Gov-786 | Yes | Group photo including Julian Romero |
| Gov-787 | Yes | Penitentiary Pack for Billy Cordova |
| Gov-789 | Yes | Offender Location History for Billy Cordova |
| Gov-790 | Yes | Penitentiary Pack for Phillip Gonzales |
| Gov-792 | Yes | Offender Location History for Phillip Gonzales |
| Gov-793 | Yes | Plea Agreement for Phillip Gonzales |
| Gov-794 | Yes | Addendum to Plea Agreement for Phillip Gonzales |
| Gov-796 | Yes | Penitentiary Pack for Joseph Otero |
| Gov-798 | Yes | Offender Location History for Joseph Otero |
| Gov-799 | Yes | Penitentiary Pack for Lawrence Torres |
| Gov-800-A | Yes | Security Threat Intelligence Unit File for Lawrence Torres |
| Gov-801 | Yes | Offender Location History for Lawrence Torres |
| Gov-804 | Yes | Offender Location History for Robert Lovato |
| Gov-809 | Yes | Penitentiary Pack for Willie Romero |
| Gov-811 | Yes | Offender Location History for Willie Romero |
| Gov-812 | Yes | Penitentiary Pack for Samuel Gonzales |
| Gov-814 | Yes | Offender Location History for Samuel Gonzales |
| Gov-817 | Yes | Offender Location History for Fred Quintana |
| Gov-820 | Yes | Penitentiary Pack for John Montano |
| Gov-822 | Yes | Offender Location History for John Montano |
| Gov-823 | Yes | Penitentiary Pack for Sammy Griego |
| Gov-825 | Yes | Offender Location History for Sammy Griego |
| Gov-826 | Yes | Photo of the Penitentiary of New Mexico Facility |
| Gov-827 | Yes | Close up photo of the Penitentiary of New Mexico South Facility |
| Gov-828 | Yes | Close up photo of the Penitentiary of New Mexico North Facility |
| Gov-833 | Yes | Photo of Andrew Gallegos drivers License found in Angela Gallegos purse (victim A.B) |
| Gov-834 | Yes | Photo of tire in Angela Gallegos vehicle (victim A.B.) |
| Gov-835 | Yes | Photo of the inside of Joe Gallegos van (victim A.B.) |
| Gov-836 | Yes | Photo of athletic pants with reddish stain (victim A.B.) |
| Gov-839 | Yes | Penitentiary Pack for victim J.G. |
| Gov-841 | Yes | Offender Location History for victim J.G. |
| Gov-847 | Yes | Offender Location History for Steven Morales |
| Gov-850 | Yes | Offender Location History for Joe Martinez |
| Gov-851 | Yes | Jail call made by Andrew Gallegos on May 20, 2015 |
| Gov-852 | Yes | Jail call made by Andrew Gallegos on May 22, 2015 |
| Gov-853 | Yes | Photo of Andrew Gallegos |
| Gov-854 | Yes | Photo of Andrew Gallegos |
| Gov-855 | Yes | Photo of Andrew Gallegos |
| Gov-856 | Yes | Photo of Andrew Gallegos |
| Gov-857 | Yes | Photo of Andrew Gallegos |
| Gov-858 | Yes | Photo of Chris Chavez |
| Gov-859 | Yes | Photo of Chris Chavez |
| Gov-860 | Yes | Aerial View of Southern New Mexico Correctional Facility |
| Gov-861 | Yes | Close up aerial photo of Southern New Mexico Correctional Facility Pods |

| | | |
|---|---|---|
| Gov-862 | Yes | Julian Romero, Case 16-MJ-2307 Complaint, Motion to Dismiss, Order to Dismiss |
| Gov-863-A | Yes | Letter from Arturo Garcia to Eva Blakeman, dated 2-8-11 |
| Gov-868-A | Yes | PNM Level 6 Video (M. Rodriguez) 03-04-08 (CH6) |
| Gov-868-B | Yes | PNM Level 6 Video (M. Rodriguez) 03-04-08 U Pod(1) |
| Gov-874 | Yes | Photo of shank possessed by M. Rodriguez |
| Gov-875 | Yes | Photo of shank possessed by M. Rodriguez |
| Gov-876 | Yes | Photo of cell 105 in blue pod |
| Gov-877 | Yes | Photo of cell 113 in yellow pod |
| Gov-878 | Yes | Photo of green pod at SNMCF taken in 2018 |
| Gov-879 | Yes | Offender Location History for Arthur Chavez |
| Gov-880 | Yes | Offender Location History for Jimmie Gordon |
| Gov-881 | Yes | Offender Location History for Michael Jaramillo |
| Gov-882 | Yes | Offender Location History for Jeremy Kaiser |
| Gov-883 | Yes | Offender Location History for Ray Molina |
| Gov-884 | Yes | Offender Location History for Alfred Giron |
| Gov-885 | Yes | Photograph of Michael P. Jaramillo |
| Gov-886 | Yes | Photo of white truck, taken by Cox on 11-15-12 |
| Gov-887 | Yes | Photo of white truck, taken by Cox on 11-15-12 |
| Gov-890 | Yes | Satellite view of 60 and the Rio Grande |
| Gov-891 | Yes | Satellite view of 60 and the Rio Grande |
| Gov-892 | Yes | Satellite view of Allsups |
| Gov-893 | Yes | Satellite view of Allsups (front) |
| Gov-894 | Yes | Satellite view of Allsups (top) |
| Gov-895 | Yes | Photo of Brandy Rodriguez |
| Gov-896 | Yes | Photo of Shauna Gutierrez |
| Gov-897 | Yes | Photo of Santos Gonzales |
| Gov-898 | Yes | Photo of Paul Rivera |
| Gov-899 | Yes | Photo from Burns murder, provided by Mathews |
| Gov-900 | Yes | Photo from Burns murder, provided by Mathews |
| Gov-901 | Yes | Clip from audio recording of telephone conversation between Joe Gallegos and Angela Gallegos on 1/6/16 |
| Gov-902 | Yes | Clip from audio recording of telephone conversation between Joe Gallegos and Angela Gallegos on 1/6/16 |
| Gov-905 | Yes | Clip from audio recording of telephone conversation between Joe Gallegos and Angela Gallegos on 4/20/16 |
| Gov-907 | Yes | Photo of Adrian Burns |
| Gov-908 | Yes | Clip 1 from Allsups Surveillance on 11-12-12 |
| Gov-909 | Yes | Clip 2 from Allsups Surveillance on 11-12-12 |
| Gov-910 | Yes | Clip 3 from Allsups Surveillance on 11-12-12 |
| Gov-911 | Yes | Clip 1 from Giant Surveillance on 11-12-12 |
| Gov-912 | Yes | Clip 2 from Giant Surveillance on 11-12-12 |
| Gov-914 | Yes | Clip 4 from Giant Surveillance on 11-12-12 |
| Gov-915 | Yes | New Mexico Department of Public Safety Forensic Laboratories, Report dated 11/29/12 |
| Gov-916 | Yes | New Mexico Department of Public Safety Forensic Laboratories, Report dated 11/28/12 |
| Gov-917 | Yes | Photo of passenger side of white truck depicting latent bloodstains |
| Gov-918 | Yes | Photo of passenger side of white truck depicting latent bloodstains |

| | | |
|---|---|---|
| Gov-919 | Yes | Photo of white truck marked as 6 as processing |
| Gov-920 | Yes | Photo of passenger door of white truck |
| Gov-921 | Yes | Photo of passenger door of white truck depicting latent bloodstains |
| Gov-922 | Yes | Photo of cutout on passenger seat of white truck marked as 6 |
| Gov-923 | Yes | Photo of passenger door of white truck |
| Gov-924 | Yes | Photo of passenger door of white truck depicting latent bloodstains |
| Gov-925 | Yes | Photo of interior of white truck |
| Gov-926 | Yes | Photo of interior of white truck depicting latent bloodstains |
| Gov-927 | Yes | Photo of interior of white truck depicting latent bloodstains. |
| Gov-928 | Yes | Photo of interior of white truck |
| Gov-929 | Yes | Photo of back passenger door of white truck |
| Gov-930 | Yes | Photo of back passenger door of white truck depicting latent bloodstains |
| Gov-931 | Yes | Photo of back passenger door of white truck |
| Gov-932 | Yes | Photo of door of white truck with bloodstain marked SW3 |
| Gov-933 | Yes | Photo of gas can from white truck with bloodstain marked SW4 |
| Gov-934 | Yes | Photo of trash bags removed from back of white truck |
| Gov-935 | Yes | Photo of trash bags removed from back of white truck |
| Gov-936 | Yes | Photo of item from white truck marked as 8 |
| Gov-937 | Yes | Photo of the bed of white truck |
| Gov-938 | Yes | Photo of floor board of white truck |
| Gov-939 | Yes | Photo of floor board of white truck |
| Gov-940 | Yes | Photo of automatic transmission fluid from white truck |
| Gov-941 | Yes | Photo showing evidence markers 1-4 and 64 (bates 4014, pg 16) |
| Gov-942 | Yes | Photo showing Dr. Pepper can marked as Ex 8 (bates 4016, pg. 29) |
| Gov-943 | Yes | Photo showing Dr. Pepper can marked as Ex 8 (bates 4016, pg. 31) |
| Gov-944 | Yes | Photo of Michael Jaramillo |
| Gov-946 | Yes | March 14, 2018 Sallyport Video of Joe Gallegos and Shauna Gutierrez |
| Gov-947 | Yes | Gas can lab report |
| Gov-948 | Yes | T-Mobile 902(11) Certificate (71482) and Records, bates 71386-71481 |
| Gov-949 | Yes | Photo of Jose Gomez |
| Gov-950 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 12/17/15 |
| Gov-951 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 12/17/15 |
| Gov-953 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/5/16 |
| Gov-954 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/6/16 |
| Gov-955 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/6/16 |
| Gov-957 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/12/16 |
| Gov-958 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/14/16 |
| Gov-959 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/14/16 |
| Gov-960 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/20/16 |
| Gov-961 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 1/20/16 |
| Gov-962 | Yes | Aerial photo of Las Chavez NM depicting Gomez residence and location of assault |
| Gov-963 | Yes | Portion of 911 call received by Valencia County |
| Gov-964 | Yes | Portion of 911 call received by Valencia County |
| Gov-965 | Yes | Aerial photo from Valencia County Assessor |
| Gov-966 | Yes | Letter from Joe Gallegos, seized from B. Rodriguez |

| | | |
|---|---|---|
| Gov-967 | Yes | Photo of 1 A-Blue Pod control center |
| Gov-968 | Yes | Photo of 1 A-Blue Pod control center |
| Gov-969 | Yes | Clip from recorded conversations between Shauna Gutierrez and Joe Gallegos, from 12/30/15 |
| Gov-970 | Yes | Photo of Arturo Garcia |
| Gov-971 | Yes | Photo of inner pod door (blue pod) 61881 |
| Gov-972 | Yes | Photo of inner pod door (blue pod) 61882 |
| Gov-973 | Yes | Photo of inner pod door (blue pod) 61883 |
| Gov-974 | Yes | Photo of inner pod door (blue pod) - 61884 |
| Gov-984 | Yes | Letter from Arturo Garcia to Sammy Griego, dated 7/4/09 |
| Gov-986 | Yes | |
| Gov-987 | Yes | Photo of SNM Members |
| Gov-988 | Yes | Letter from Andrew Gallegos to Brandy Rodriguez |
| Gov-990 | Yes | Photo of Frankie Gallegos |
| Gov-991 | Yes | Photo of phonebook taken from Frankie Gallegos cell search |
| Gov-992 | Yes | Photo Andrew Gallegos taken from Frankie Gallegos cell search |
| Gov-993 | Yes | Photo Joe Gallegos taken from Frankie Gallegos |
| Gov-994 | Yes | Photo of a box found at Joe Gallegos Residence |
| Gov-995 | Yes | Photo of a box found at Joe Gallegos Residence |
| Gov-996 | Yes | Photo of a box found at Joe Gallegos Residence |
| Gov-997 | Yes | Photo of a box found at Joe Gallegos Residence |
| Gov-998 | Yes | Chart of Amber Suttons Phone Calls 505-304-0958 |
| Gov-999 | Yes | Chart of phone calls to Joe Gallegos |
| Gov-1001 | Yes | DNA Stipulation regarding Counts 1-3 |
| Gov-1002 | Yes | DNA Stipulation regarding Counts 4 and 5 |
| Gov-1004 | Yes | Kastigar Letter for Michael Jaramillo |
| Gov-1005 | Yes | Offender Location History for Tomas Clark |
| Gov-1006 | Yes | Offender Location History for Felix Reyes |
| Gov-1007 | Yes | SNMCF Out Count 3-25-01 and 3-26-01 |
| Gov-1008 | Yes | SNMCF Master Control Count Sheet |
| Gov-1009 | Yes | Offender Location History for Maurico Varela |
| Def-A-LeveII | Yes | |
| Def-AL-Lette | Yes | |
| Def-AM-Photo | Yes | |
| Def-AU-Group | Yes | |
| Def-AV-Photo | Yes | |
| Def-AW-Photo | Yes | |
| Def-AX-Photo | Yes | |
| Def-AY-Photo | Yes | |
| Def-AZ-Photo | Yes | |
| Def-B-Google | Yes | |
| Def-BC1-Reda | Yes | |
| Def-BO1-Gome | Yes | |
| Def-BP2-Samm | Yes | |
| Def-BQ1-Plea | Yes | |
| Def-BR1-Rube | Yes | |

| | |
|---|---|
| Def-BR2-Rube | Yes |
| Def-BR3-Rube | Yes |
| Def-BV1-Inma | Yes |
| Def-BV2-Inma | Yes |
| Def-BV3-Info | Yes |
| Def-BX10-Gro | Yes |
| Def-BX14-Clo | Yes |
| Def-BX15-Clo | Yes |
| Def-BX16-Pho | Yes |
| Def-BX9-Grou | Yes |
| Def-C-Diagra | Yes |
| Def-CE-1Enti | Yes |
| Def-CN4-Vide | Yes |
| Def-CN5-Vide | Yes |
| Def-CN6-Vide | Yes |
| Def-CO1-Plea | Yes |
| Def-DB1-Sant | Yes |
| Def-DC1-Plea | Yes |
| Def-EB-Physi | Yes |
| Def-ED-FullA | Yes |
| Def-EF-Googl | Yes |
| Def-EG1-911C | Yes |
| Def-EG2-911Ca | Yes |
| Def-EH1-Phot | Yes |
| Def-EI-Aphi | Yes |
| Def-EJ-TMobi | Yes |
| Def-EK1-Eric | Yes |
| Def-EK2-Eric | Yes |
| Def-EK3-Eric | Yes |
| Def-EK4-Eric | Yes |
| Def-EK5-Eric | Yes |
| Def-EL1-Dece | Yes |
| Def-EL2-Febr | Yes |
| Def-EM-NMDPS | Yes |
| Def-EN-WorkA | Yes |
| Def-EO-GoodT | Yes |
| Def-EP-Adria | Yes |
| Def-EQ-Offen | Yes |
| Def-ER-Reyes | Yes |
| Def-ES-Reyes | Yes |
| Def-ET-Photo | Yes |
| Def-EU-Photo | Yes |
| Def-EW-TedAs | Yes |
| Def-EX-Dwyer | Yes |
| Def-G-Diagra | Yes |

| | | |
|---|---|---|
| Def-H-SNMCFH | Yes | |
| Def-I-SNMCFH | Yes | |
| Def-J5-Maste | Yes | |
| Def-K-Google | Yes | |
| Def-L-PNMNor | Yes | |
| Def-M-PNMSou | Yes | |
| Def-Q3-Lance | Yes | |
| Def-Y11-Phot | Yes | |
| Def-Y2-Angel | Yes | |
| Def-1 | Yes | BQ -- |
| Def-1 | Yes | CE -- Entire Allsups Gas Station Video |